# United States Court of Appeals
## For the First Circuit

Nos. 20-1097
      20-1141

JOSE PINEDA, JOSE MONTENEGRO, MARCO LOPEZ, and JOSE HERNANDEZ,
  on behalf of themselves and all others similarly situated,

Plaintiffs, Appellees,

v.

SKINNER SERVICES, INC., d/b/a Skinner Demolition, THOMAS
SKINNER, DAVID SKINNER, ELBER DINIZ, and SANDRO SANTOS,

Defendants, Appellants.

**ERRATA SHEET**

The opinion of this Court, issued on December 30, 2021, is amended as follows:

On page 14, footnote 5, replace "assets is unavailable" with "assets are unavailable."

On page 17, line 23, add "and" between "part" and "denying."